1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  GRANT P. FONDO (CABN 181530)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5035
7    FAX: (408) 535-5035
     grant.fondo@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,       )   No. CR 08-00840 JW
                                    )
15         Plaintiff,               )   STIPULATION AND [PROPOSED]
           v.                       )   ORDER RESCHEDULING THE
16                                  )   FEBRUARY 23, 2009 STATUS HEARING
    ROBERT RANSOM LILLY,            )   AND EXCLUDING TIME
17                                  )
           Defendant.               )
18  _____)

19      The parties are currently scheduled to appear before this Court on February 23, 2009 at 1:30
20  p.m. for a status hearing. The government and defendant are continuing plea discussions and
21  request additional time to finalize these discussions, to March 23, 2009 at 1:30 p.m. The parties
22  anticipate that the defendant will change his plea at that time. Therefore, in the interests of
23  judicial economy, the government and defense request a continuance of the February 23, 2009
24  hearing to March 23, 2009 at 1:30 p.m. and an exclusion of time under the Speedy Trial Act.
25       The parties stipulate that the time between February 23, 2009 and the new hearing date is
26  excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the
27  requested continuance would unreasonably deny the defendant reasonable time necessary for
28  effective preparation. The parties further agree that the ends of justice served by granting the

Stipulation and [Proposed] Order re Hearing, Excluding Time

1  requested continuance outweigh the best interests of the public and the defendant in a speedy trial
2  and in the prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
3
4  DATED: February 19, 2009                    JOSEPH P. RUSSONIELLO
                                               United States Attorney
5
6
                                               _____/S/_____
7                                              GRANT P. FONDO
                                               Assistant United States Attorney
8
9
                                               _____/S/_____
10                                             THOMAS J. NOLAN
                                               Attorney for defendant
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stipulation and [Proposed] Order re Hearing, Excluding Time

**ORDER**

Based upon the representation of counsel and for good cause shown, the Court finds that it is in the interest of judicial economy that the February 23, 2009 status hearing in the above-entitled matter be rescheduled to March 23, 2009 at 1:30 p.m., and that failing to exclude the time between February 23, 2009 and March 23, 2009 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 23, 2009 and March 23, 2009 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the February 23, 2009 status hearing in the above-entitled matter be rescheduled to March 23, 2009 at 1:30 p.m. and that the time between February 23, 2009 and March 23, 2009 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: February 19, 2009

JAMES WARE
UNITED STATES DISTRICT JUDGE